# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF )<br>MARK B. PEDUTO, )<br>ATTORNEY REGISTRATION )<br>NUMBER 62923, A MEMBER )<br>OF THE BAR OF THE )<br>UNITED STATES DISTRICT )<br>COURT FOR THE WESTERN )<br>DISTRICT OF PENNSYLVANIA ) | 2:15-mc-551-MRH |

## ORDER

AND NOW, this 14th day of October 2020, upon consideration of the Petition for Reinstatement (ECF No. 4), it is hereby ORDERED that the Petition is granted and that Mark B. Peduto is hereby reinstated to the active practice of law in the United States District Court for the Western District of Pennsylvania pursuant to Local Civil Rule 83.3(G).

FOR THE COURT:

*s/ Mark R. Hornak*
_____
Mark R. Hornak
Chief United States District Judge